1  JOHN L. BURRIS, Esq. (SBN 69888)
   DeWITT M. LACY, Esq. (SBN 258789)
2  **LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Center
3  7677 Oakport St., Suite 1120
   Oakland, CA 94621
4  T: (510) 839-5200
   F: (510) 839-3882

5

6  Attorneys for Plaintiff

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 D'PARIS CHARLES WILLIAMS, an          | **Case No.: 3:14-cv-05612-SC**
   individual,
11                                       | **STIPULATION TO EXTEND TIME TO
                                         | ANSWER COUNTER CLAIM**
12                 Plaintiff,

13        v.

14 CITY OF SAN FRANCISCO, a municipal
   corporation; GREGORY SKAUG,
15 individually and in his capacity as an officer
   for the SAN FRANCISCO Police Department;
16 MILEN BANEGAS, individually and in his
   capacity as an officer for the SAN
17 FRANCISCO Police Department;
   THEODORE POLOVINA, individually and in
18 his capacity as an officer for the SAN
   FRANCISCO Police Department; DOES, 1-
19 25, inclusive, individually and in their
   capacities as officers for the SAN
20 FRANCISCO Police Department,

21                 Defendants.

22

23

24        Plaintiff, D'PARIS CHARLES WILLIAMS, and Defendants, CITY OF SAN

25 FRANCISCO, OFFICER GREGORY SKAUG, OFFICER MILEN BANEGAS, and OFFICER

26 THEODORE POLOVINA, (collectively "Defendants") by and through their respective counsel

27 (collectively "the parties"), hereby enter into this Stipulation to extend time to answer counter

28

       Stipulation To Extend Time To Answer Counter Claim, USDC Northern District

1    claim currently due for April 8, 2015. Accordingly, Plaintiff 's answer to Defendant's counter

2    claim will be due on April 22, 2015.

3          THE PARTIES HEARBY STIPULATE to the following:

4          The answer to the counter claim originally scheduled to be due on April 8, 2015 will be

5    rescheduled due on April 22, 2015 or sometime thereafter that is convenient for the Court and

6    the parties.

7

8          **IT IS SO STIPULATED.**

9

10   Dated:  April 1, 2015                 CITY ATTORNEYS OFFICE

11                                         By: ___/s/ Peter Keith_____
                                               Peter J. Keith
12                                             Attorney for Defendants
                                               CITY OF SAN FRANCISCO, OFFICER GREGORY
13                                             SKAUG, OFFICER MILEN BANEGAS, OFFICER
                                               THEODORE POLOVINA, OFFICER
14

15

16   Dated:  April 1, 2015                 LAW OFFICES OF JOHN L. BURRIS

17                                         By: ___/s/ DeWitt Lacy_____
                                               John L. Burris / DeWitt Lacy
18                                             Attorneys for Plaintiff
                                               D'PARIS CHARLES WILLIAMS
19

20

21

22

23

24

25

26

27

28

Stipulation To Extend Time To Answer Counter Claim, USDC Northern District

1

ORDER

2    Having considered the above stipulation and good cause appearing, IT IS SO ORDERED.

3

4

Dated: April 9, 2015

5

6                                              By: _____
                                                   Hon. Samuel Conti
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28