DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908
Facsimile:     (415) 554-3837
E-Mail:        peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
GREGORY SKAUG, MILEN BANEGAS and
THEODORE POLOVINA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'PARIS CHARLES WILLIAMS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation; GREGORY SKAUG, individually and in his capacity as an officer for the SAN FRANCISCO Police Department; MILEN BANEGAS, individually and in his capacity as an officer for the SAN FRANCISCO Police Department; THEODORE POLOVINA individually and in his capacity as an officer for the SAN FRANCISCO Police Department; DOES, 1-25, inclusive, individually and in their capacities as officers for the SAN FRANCISCO Police Department,<br><br>Defendants. | Case No. 14-cv-05612-SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE FROM MAY 1, 2015 TO JUNE 12, 2015**<br><br>Conference Date:   May 1, 2015<br>Conference Time:   10:00 a.m.<br>Judge:              Hon. Samuel Conti<br>Courtroom:          Courtroom 1, 17th floor, 450 Golden Gate Avenue San Francisco<br><br>Trial Date:         Not set |

### STIPULATED REQUEST FOR ORDER CHANGING TIME

The current initial case management conference is set for Friday May 1, 2015 at 10:00 a.m.

The parties hereby stipulate to a request for an order continuing the initial case management

1  conference to Friday June 12, 2015 at 10:00 a.m., and likewise continuing the pre-case management

2  conference deadlines based on the new case management conference date.

3      The parties note that the case *Orlando Rodriguez v. City of San Francisco, et al.*, Case No. C

4  14-05613 SC is related to this case and a case management conference is set concurrently for both

5  cases.  The parties are separately filing a stipulated request for an order likewise continuing the initial

6  case management conference in *Rodriguez*.

7      The parties respectfully request that the above stipulation be entered as the Court's Order.

8      **IT IS SO STIPULATED.**

9  Dated:  April 17, 2015

10  
11                  DENNIS J. HERRERA
                City Attorney
                CHERYL ADAMS
12                  Chief Trial Deputy
                PETER J. KEITH
13                  Deputy City Attorney

14              By: /s/ *Peter J. Keith*
                  PETER J. KEITH

15  
16                  Attorneys for Defendants
                CITY AND COUNTY OF SAN FRANCISCO,
                GREGORY SKAUG, MILEN BANEGAS AND
17                  THEODORE POLOVINA

18  Dated:  April 17, 2015

19                  THE LAW OFFICES OF JOHN L. BURRIS

20              By: **/s/ *DeWitt M. Lacy*
21                  DEWITT M. LACY, Esq.

22                  Attorneys for Plaintiff
                D'PARIS CHARLES WILLIAMS
23                  **Pursuant to Civil L.R. 5-1(i)(3), the electronic
                signatory has obtained approval from this signatory.

24
25
26
27
28

# DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR ORDER CHANGING TIME

I, Peter J. Keith declare as follows:

1. I am a Deputy City Attorney in the Office of the San Francisco City Attorney, counsel of record to Defendants City and County of San Francisco Gregory Skaug, Milen Banegas and Theodore Polovina, in the above action. I am also counsel of record to the defendants in the action *Orlando Rodriguez v. City of San Francisco, et al.*, Case No. C 14-05613 SC, which the Court found related to this case (Doc. 18). I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do so.

2. Rule 6-2(a)(1), reasons for requested continuance. A settlement conference is scheduled for May 20 before Magistrate Judge Spero. Continuing the case management conference will enhance the chances of early settlement by keeping costs to a minimum. In addition, counsel do not wish to unnecessarily consume the Court's time with an initial case management conference that may not be necessary. Continuing the initial case management conference to June 12 will allow the parties sufficient time to determine whether this case can settle.

3. Rule 6-2(a)(2), previous time modifications. The initial case management conference was previously continued once, from April 3, 2015 to May 1, 2015. There have been no other time modifications, except for a brief extension of time to file an Answer.

4. Rule 6-2(a)(3), effect of the proposed modification on the schedule for the case. Other than continuing the dates associated with the initial case management conference, the requested continuance is not expected to affect any other deadlines or the parties' requested trial dates.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed April, 17, 2015 at San Francisco, California.

*/s/ Peter J. Keith*
PETER J. KEITH

[proposed order on following page]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN,** the Court hereby orders that the Case Management Conference in the above entitled action set for May 1, 2015, at 10:00 a.m. is hereby continued to June 12, 2015, at 10:00 a.m.; and that the Case Management Conference in the related case *Orlando Rodriguez v. City of San Francisco, et al.*, Case No. C 14-05613 SC is set concurrently on June 12, 2015, at 10:00 a.m.

All deadlines associated with the case management conference are continued based on the new case management conference date.

**IT IS SO ORDERED.**

Dated: April 20, 2015                                    _____
                                                                            THE HONORABLE SAMUEL CONTI
                                                                            UNITED STATES DISTRICT JUDGE