1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  CHERYL ADAMS, State Bar #164194
   Chief Trial Deputy
3  PETER J. KEITH, State Bar #206482
   Deputy City Attorney
4  Office of the City Attorney
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3908
6  Facsimile:     (415) 554-3837
   E-Mail:        peter.keith@sfgov.org
7
   Attorneys for Defendants
8  GREGORY SKAUG, MILEN BANEGAS, and
   THEODORE POLOVINA,
9  and for Defendant and Counterclaimant
   CITY AND COUNTY OF SAN FRANCISCO
10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  D'PARIS CHARLES WILLIAMS, an individual, | Case No. 14-cv-05612-SC |
| 15            Plaintiff, | Related Action: *Orlando Rodriguez v. City of San Francisco et al.*, Case No. 14-cv-05613-SC |
| 16       vs. | **ORDER EXCUSING DEFENDANT THEODORE POLOVINA FROM SETTLEMENT CONFERENCE** |
| 17  CITY OF SAN FRANCISCO, a municipal corporation, et al., | |
| 18            Defendants. | Hearing Date:  May 20, 2015
Time:          9:30 a.m.
Judge:         Hon. Joseph C. Spero
Courtroom:     Courtroom G - 15th Floor, 450 Golden Gate Avenue San Francisco |
| 19 | |
| 20  CITY AND COUNTY OF SAN FRANCISCO, a California public entity, | |
| 21 | |
| 22            Counterclaimant, | Trial Date:   Not set |
| 23       vs. | |
| 24  D'PARIS CHARLES WILLIAMS, an individual, | |
| 25            Counterdefendant. | |

26

27

28

[Proposed] Order Excusing Attendance at Settl. Conf.    1    \\candsf\data\users\jcsall\_cv\2014\2014_05612_williams_v_city_
Case No. 14-cv-05612-SC & 14-cv-05613                        of_san_francisco\14-cv-05612-sc-order_excuse_attendance.docx

1   Defendants applied to excuse individual Defendant Officer Theodore Polovina from attending
2   the settlement conference scheduled for May 20, 2015, at 9:30 a.m.  Plaintiffs have no objection to
3   Officer Polovina being excused from the settlement conference.
4   Having read and considered Defendants' request, and good cause appearing, IT IS HEREBY
5   ORDERED that Defendants' request to excuse individual Defendant Theodore Polovina from
6   attending the settlement conference in person is GRANTED.   Defendant Theodore Polovina shall be
7   on phone standby.

**IT IS SO ORDERED AS MODIFIED.**

Dated:  May 7, 2015

_____
HONORABLE JOSEPH C. SPERO
CHIEF MAGISTRATE JUDGE