**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## CIVIL MINUTES

**Case No.**: 14-cv-05612-SC (JCS) and Related Case 14-cv-05613 SC (JCS)

**Case Name:**  D'Paris Charles Williams v.  City of San Francisco
Related Case: Orlando Rodriguez v. City of San Francisco

**Date:** May 20, 2015               **Time:** 3 H 15 M

**Deputy Clerk:** Karen Hom           **Court Reporter:** FTR 2:10-2:15

**Attorney for Plaintiff:** DeWitt Lacy
**Attorney for Defendant:** Peter J. Keith

## PROCEEDINGS

(X)   Settlement Conference - Held

  (X) Cases Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )   Further Settlement Conference

  ( ) Case Settled    ( ) Case Did Not Settle    ( ) Partial Settlement

( )   Telephonic Scheduling Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:**  Settlement placed on the record.
Others in attendance:  Plaintiffs: D'Paris Charles Williams & Orlando Rodriguez.
Client rep for City of SF: Christopher Woon.  Officer Defendants: Greg Skaug, Milen Banegas, Jose Calvo-Perez, Joseph Emanuel.

**cc:**