JOHN L. BURRIS, Esq., (SBN 69888)
DeWITT M. LACY, Esq., (SBN 258789)
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
D'PARIS CHARLES WILLIAMS

DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
**Office of the City Attorney**
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3908
Facsimile: (415) 554-3837
E-Mail: peter.keith@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
THEODORE POLOVINA, JOSEPH EMANUEL
and JOSE-CALVO-PEREZ

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'PARIS CHARLES WILLIAMS, an individual,<br><br>    Plaintiff,<br><br>    v. | Case No.: 3:14-cv-05612-SC<br><br>**STIPULATION AND REQUEST FOR DISMISSAL; and [~~PROPOSED~~] ORDER** |

CITY OF SAN FRANCISCO, a
municipal corporation; GREGORY
SKAUG, individually and in his
capacity as an officer for the SAN
FRANCISCO Police Department;
MILEN BANEGAS, individually and in
his capacity as an officer for the SAN
FRANCISCO Police Department;
THEODORE POLOVINA, individually
and in his capacity as an officer for the
SAN FRANCISCO Police Department;
DOES, 125, inclusive, individually and
in their capacities as officers for the
SAN FRANCISCO Police Department,

Defendants.

## STIPULATION

The parties in the above-entitled action hereby stipulate and agree that, pursuant to the terms of the Settlement Agreement, the Plaintiff will, and hereby does request that the Court enter a dismissal of this action, in its entirety, with prejudice, and each of them with each side to bear its own costs, including attorney's fees, in the action.

Dated: July 24, 2015                    Respectfully Submitted,

                                        THE LAW OFFICES OF JOHN L. BURRIS

                                        /s/ DeWitt M. Lacy_____
                                        DeWitt M. Lacy, Esq.
                                        Attorneys for Plaintiff
                                        D'PARIS CHARLES WILLIAMS

Dated: July 24, 2015


                                        /s/ Margaret W. Baumgartner for
                                        Peter J. Keith
                                        Attorney for Defendants
                                        CITY AND COUNTY OF SAN
                                        FRANCISCO, THEODORE
                                        POLOVINA, JOSEPH EMANUEL
                                        and JOSE-CALVO-PEREZ

1

<strong><s>PROPOSED</s> ORDER</strong>

2

    IT IS HEREBY ORDERED that this action be dismissed with prejudice.

3

**IT IS SO ORDERED.**

4

5

Dated: July _27_, 2015**.**

6



7

HON. ONTI

Judge Samuel Conti

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND REQUEST FOR DISMISSAL; and [PROPOSED] ORDER
WILLIAMS V. CITY OF SAN FRANCISCO, ET AL  USDC No. 3:14-cv-05612-SC

3