DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
PETER J. KEITH, State Bar #206482
Deputy City Attorney
Office of the City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3908
Facsimile:      (415) 554-3837
E-Mail:          peter.keith@sfgov.org

Attorneys for Defendants
GREGORY SKAUG, MILEN BANEGAS, and
THEODORE POLOVINA,
and for Defendant and Counterclaimant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'PARIS CHARLES WILLIAMS, an individual,<br><br>     Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, a municipal corporation, et al.,<br><br>     Defendants. | Case No. 14-cv-05612-SC<br><br>Related Action: *Orlando Rodriguez v. City of San Francisco et al.*, Case No. 14-cv-05613-SC<br><br>**REQUEST FOR DISMISSAL OF COUNTERCLAIM OF DEFENDANT CITY AND COUNTY OF SAN FRANCISCO FOR REIMBURSEMENT OF WORKERS COMPENSATION BENEFITS AGAINST PLAINTIFF D'PARIS CHARLES WILLIAMS** |
| CITY AND COUNTY OF SAN FRANCISCO, a California public entity,<br><br>     Counterclaimant,<br><br>vs.<br><br>D'PARIS CHARLES WILLIAMS, an individual,<br><br>     Counterdefendant. | |

Pursuant to the settlement agreement between the parties, Defendant/Counterclaimant City and County of San Francisco hereby requests a dismissal with prejudice of its Counterclaim against Plaintiff D'Paris Charles Williams, each party to bear its own costs.

Dated: July 27, 2015

>                    DENNIS J. HERRERA
>                    City Attorney
>                    CHERYL ADAMS
>                    Chief Trial Deputy
>                    PETER J. KEITH
>                    Deputy City Attorney
>
>               By: /s/ Peter J. Keith
>                    PETER J. KEITH
>
>                    Attorneys for Defendants
>                    GREGORY SKAUG, MILEN BANEGAS, and
>                    THEODORE POLOVINA,
>                    and for Defendant and Counterclaimant
>                    CITY AND COUNTY OF SAN FRANCISCO

Request for Dismissal of Counterclaim            2            n:\lit\li2015\150810\01034316.doc
Case No. 14-cv-05612-SC

[~~PROPOSED~~] ORDER

Having read and considered Defendant's request, and good cause appearing, IT IS HEREBY ORDERED that City and County of San Francisco's request to dismiss its Counterclaim against Plaintiff D'Paris Charles Williams with prejudice is GRANTED, and the Counterclaim is DISMISSED, each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: 07/28/2015



HONORABLE
UNITED STATES DISTRICT JUDGE